```
UNITED STATES DISTRICT COURT                                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                               DOCUMENT
                                                            ELECTRONICALLY FILED
------------------------------------------------------- X   DOC #:_____
HYEYOON JUNG, individually and on behalf of             :   DATE FILED: 12/5/2019
all others similarly situated                           :
                                                        :
                              Plaintiffs,               :   19-CV-8624 (VEC)
                                                        :
              -against-                                 :   ORDER
                                                        :
GINA GROUP INC.,                                        :
                                                        :
                              Defendant.                :
------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 19, 2019, Defendant moved to dismiss the Complaint, Dkt. 4;

    WHEREAS on December 4, 2019, Plaintiffs filed an Amended Complaint, Dkt. 10;

    WHEREAS the Clerk of Court rejected the Amended Complaint for failure to comply with the Court's Order dated November 26, 2019, Dkt. 9;

    WHEREAS this case has been referred to the Court-Annexed Mediation Program, Dkt. 7;

    IT IS HEREBY ORDERED that the Court's November 26 Order, Dkt. 9, is VACATED.

    IT IS FURTHER ORDERED that Defendant's Motion to Dismiss, Dkt. 4, is DENIED as moot.

    IT IS FURTHER ORDERED that the deadline for Defendant to answer or otherwise respond to the Amended Complaint shall be stayed until 30 days after the conclusion of all Mediation in this case. No later than one week after the conclusion of Mediation, the parties must submit a joint letter informing the Court whether they were able to settle this case.

The Clerk of Court is respectfully directed to accept the Amended Complaint, Dkt. 10, for filing and to close the open motion on Dkt. 4.

**SO ORDERED.**

Date: **December 5, 2019**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**