UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYEYOON JUNG,<br><br>                              Plaintiff,<br><br>     -v-<br><br>GINA GROUP, LLC,<br><br>                              Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __1/21/2022__<br><br>No. 19-cv-8624 (MKV)<br><br>ORDER |

<u>MARY KAY VYSKOCIL</u>, District Judge:

  The Court is in receipt of a number of letters from the parties [ECF No. 56, 58, 59, 60, 61].  With respect to the dispute over the scope of discovery [ECF No. 56], IT IS HEREBY ORDERD that Plaintiff's request to compel production of the names and wage notices for "all" employees is DENIED without prejudice.  *See In re Initial Pub. Offerings Sec. Litig.*, 471 F.3d 24, 41 (2d Cir. 2006).

  IT IS FURTHER ORDERED that any motion for class certification shall be filed by February 25, 2022.

  IT IS FURTHER ORDERED that the parties' request for a conference regarding the use of an interpreter at Plaintiff's deposition [ECF No. 58] is DENIED as moot based on the parties' representation that they have resolved that dispute [ECF No. 60].  IT IS FURTHER ORDERED that by January 27, 2022, the parties shall file a joint status letter with a proposed schedule for the conclusion of discovery.

  The Clerk of Court is respectfully requested to terminate the letter motions pending at docket entries 58, 60, 61.

**SO ORDERED.**

**Date: January 21, 2022**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**